UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

CRYSTAL NEAL,

    Plaintiff,

v.                                                                 Civ. No. 18-696 GJF/KRS

H8H, LLC dba HARD 8 HAULING, LLC;
NATHAN CHAREST, owner/operator of
H8H LLC; WAL-MART
TRANSPORTATION, LLC,

    Defendants.

## ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT

THIS MATTER is before the Court on Plaintiff's Unopposed Motion for Leave to File Amended Complaint. ECF No. 30. Pursuant to Federal Rule of Civil Procedure 15(a)(2), the Court FINDS the Motion to be well-taken and will GRANT it.

**IT IS THEREFORE ORDERED** that the Unopposed Motion for Leave to File Amended Complaint [ECF No. 30] is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff may file her Amended Complaint within ten (10) days of the date of this Order.

**IT IS SO ORDERED**.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*