IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**CRYSTAL NEAL, an individual**,

    Plaintiff,

v.                                                             No. 2:18-CV-00696-GJF-KRS

**H8H, LLC d/b/a HARD 8 HAULING, LLC;
CHRIS MILLER, driver; WAL-MART
TRANSPORTATION, LLC**,

    Defendants.

## **ORDER GRANTING DEFENDANT WALMART'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO AMEND**

Defendant Walmart's Unopposed Motion for Extension of Time to Amend the Pleadings or Join Parties is before this Court. Finding that the motion is unopposed and for good cause shown, the Court orders that the deadline for Defendants to amend the pleadings or join parties be extended to February 7, 2019.

**IT IS SO ORDERED**.

                                                                                   _____
                                                                             HONORABLE KEVIN R. SWEAZEA
                                                                             United States Magistrate Judge