IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**CRYSTAL NEAL, an individual**,

   Plaintiff,

v.                                                                                   No. 2:18-CV-00696-GJF-KRS

**H8H, LLC d/b/a HARD 8 HAULING, LLC;
NATHAN CHAREST, owner/operator of
H8H LLC; CHRIS MILLER; WAL-MART
TRANSPORTATION, LLC**,

   Defendants.

## ORDER TO EXTEND TIME

**THIS MATTER** is before the Court on *Plaintiff's Unopposed Motion To Extend Time to Serve Defendant Chris Miller* [Doc. 56]. Having considered the *Motion for Extension of Time*, the Court finds cause for **granting the *Motion***.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' deadline to serve Defendant Miller currently due on January 31, 2019 be extended. Plaintiffs shall serve Defendant Miller on or before **Friday, March 1, 2019**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE